August 30, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

DARYL W. TURNER, IN PERSONAM, AND M/Y FOUR PLAY, IN REM,
Appellants

NO. 14-15-00786-CV                V.

TEX//TOW MARINE TOWING AND SALVAGE, LLC D/B/A SEA TOW
GALVESTON BAY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee Tex//Tow Marine Towing and Salvage, LLC d/b/a Sea Tow Galveston Bay, signed June 15, 2015, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We order the judgment of the court below **AFFIRMED in part** with regard to the claims against appellant Daryl W. Turner. We order the judgment of the court **REVERSED in part** with regard to the claims against appellant M/Y Four Play, in rem, and **REMAND with instructions** to dismiss all claims against M/Y Four Play, in rem, for lack of subject matter jurisdiction.

We order appellant Daryl W. Turner to pay all costs incurred in this appeal.

We further order this decision certified below for observance.